Matter of Seaver (2006 NY Slip Op 51098(U))

[*1]

Matter of Seaver

2006 NY Slip Op 51098(U)

Decided on April 10, 2006

Family Court, Saratoga County

Abramson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on April 10, 2006

Family Court, Saratoga County
In the Matter of Julia Seaver, Sam Seaver, Lisa Seaver, Children Under the Age of Eighteen Years Alleged to be Neglected by Francis Seaver and Diana Seaver, (Fictitious Names), Respondents,
NA-03735-03
Opinion withdrawn from on-line only publication by the State Reporter. The opinion, as revised, has been published on-line only. See 2005 NY Slip Op 52300(U).